886

No. 311, Misc.  FURTAK v. NEW YORK.  Ct. App. N. Y.  Certiorari denied.

No. 319, Misc.  KOVIC v. FLORIDA DEPARTMENT OF PUBLIC WELFARE.  C. A. 5th Cir.  Certiorari denied.

No. 321, Misc.  ROGERS v. WISCONSIN.  Sup. Ct. Wis. Certiorari denied.

No. 322, Misc.  JOERGER v. WAINWRIGHT, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied. *Earl Faircloth,* Attorney General of Florida, and *Arden M. Siegendorf,* Assistant Attorney General, for respondent.

No. 323, Misc.  TUNSTALL v. MARYLAND.  Ct. Sp. App. Md.  Certiorari denied.

No. 325, Misc.  HARBOUR TOWER DEVELOPMENT CORP. ET AL. v. MATHESON ET AL., TRUSTEES.  C. A. 5th Cir. Certiorari denied. *Lyon L. Tyler, Jr.,* for petitioners. *Neal P. Rutledge* for respondents.

No. 326, Misc.  MARANZE v. TERRY.  C. A. 6th Cir. Certiorari denied.

No. 327, Misc.  ENGLEHART v. MASSACHUSETTS.  Sup. Jud. Ct. Mass.  Certiorari denied. *Elliot L. Richardson,* Attorney General of Massachusetts, and *Willie J. Davis,* Assistant Attorney General, for respondent.

No. 328, Misc.  PEREZ v. NEBRASKA.  Sup. Ct. Neb. Certiorari denied. *Richard J. Bruckner* for petitioner.

No. 332, Misc.  TAIT v. LANE, WARDEN.  C. A. 7th Cir.  Certiorari denied.